ANNE R. SCHWARTZ, as Administratrix of the Estate of FRANK V. SCHWARTZ, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 24089.)

Argued January 14, 1938; decided January 27, 1938.

*Charles J. Ranney* and *John J. Mackrell* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph L. Delaney* and *Leon M. Layden* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and HUBBS, JJ.